the Court of Appeals for Cuyahoga County. It appears from the records of this court that appellant has not filed a merit brief, due January 23, 2003, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed, sua sponte.

**2003–0004. State ex rel. Verizon N., Inc. v. Pub. Util. Comm.**
In Procedendo. This cause originated in this court on the filing of a complaint for a writ of procedendo. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

# MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2002–2132. State ex rel. Burton v. Welbaum.**
In Prohibition.

**2003–0039. State ex rel. Warnock v. Indus. Comm.**
Franklin App. No. 02AP–359, 2002-Ohio-6739.

**2003–0087. State ex rel. Wiley v. Whirlpool Corp.**
Franklin App. No. 02AP–340, 2002-Ohio-6558.

**2003–0117. State ex rel. Lockhart v. Indus. Comm.**
Franklin App. No. 02AP–201, 2002-Ohio-6631.

[Cite as *01/31/2003 Case Announcements,* 2003-Ohio-411.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 31, 2003*

## MOTION AND PROCEDURAL RULINGS

**2002–0227. Lehtinen v. Mervart.**
Cuyahoga App. No. 79164. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the motion of amicus curiae, Ohio State Bar Association, for leave to participate in oral argument scheduled for February 12, 2003,

IT IS ORDERED by the court that the motion for leave to participate in oral argument be, and hereby is, granted, and the amicus curiae shall share the time allotted to appellee.

**2002–1196. Lane v. State Auto Ins. Cos.**
Miami App. No. 2001–CA–59, 2002-Ohio-2698. This cause is pending before the court as a discretionary appeal. On July 15, 2002, appellant filed a notice that a motion to certify a conflict was pending in the court of appeals and, pursuant to S.Ct.Prac.R. IV(4)(A), this court stayed consideration of the jurisdictional memoranda filed in this appeal. Whereas appellant has neither notified this court that the court of appeals determined that a conflict does not exist as provided by S.Ct.Prac.R. IV(4)(B), nor filed a copy of the court of appeals' order certifying the existence of a conflict as provided by S.Ct.Prac.R. IV(4)(C),

IT IS ORDERED by the court, sua sponte, that appellant show cause within 20 days of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).